UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

LIBERTY MUTUAL INSURANCE COMPANY, and
LIBERTY MUTUAL GROUP, INC.,
       **Plaintiffs,**

v.               CIVIL ACTION NO.
                 3:16-cv-00298-SRU

ASHLEY TRANQUIST and
TRANQUIST INSURANCE GROUP, LLC,

       **Defendants.**

---

## STIPULATION OF DISMISSAL

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Liberty Mutual Group Inc. and Liberty Mutual Insurance Company, Ashley Tranquist and Tranquist Insurance Group, LLC jointly stipulate to the dismissal of this action, with prejudice, without costs, without attorneys' fees, and with all rights of appeal waived, <u>excepting only that</u> either party may move to reopen this action and restore it to this Court's docket for the sole and exclusive purpose of enforcing rights under the Settlement Agreement and Mutual Release between the parties, including but not limited to for the purpose of filing a Stipulation for Judgment and Waiver of Appeal in accordance with Paragraph 1 of the Settlement Agreement in the event of a default pursuant to the Settlement Agreement.

Respectfully submitted,

| ASHLEY TRANQUIST and TRANQUIST INSURANCE GROUP, LLC | PLAINTIFFS LIBERTY MUTUAL INSURANCE COMPANY and LIBERTY MUTUAL GROUP INC. |
|---|---|
| By   */s/ Nicole M. Rothgeb*<br>Nicole M. Rothgeb ct26529<br>Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.<br>557 Prospect Avenue<br>Hartford, CT 06105-2922<br>(860) 570-4628<br>(860) 232-7818 (fax)<br>Email: nmrothgeb@lapm.org | By   */s/Amanda C. Nugent*<br>Amanda C. Nugent ct27584<br>Carmody Torrance Sandak & Hennessey LLP<br>195 Church Street, 18th Floor<br>P.O. Box 1950<br>New Haven, CT 06509<br>(203) 777-5501<br>(203) 784-3199 (fax)<br>Email: anugent@carmodylaw.com |

Dated:  September 8, 2016

## Certificate of Service

I hereby certify that a copy of the foregoing was filed electronically on the above date. Notice of this filing will be sent by email to all parties of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

   */s/Nicole M. Rothgeb*
   Nicole M. Rothgeb